UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL LEON MCCORD,

    Plaintiff,

v.                                          Case No. 2:19-cv-318-JLB-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

# ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") on November 5, 2021, recommending that Plaintiff Michael McCord's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), (Doc. 41), be granted in part and denied in part. (Doc. 42.)

The R&R recommends granting $8,292.50 in attorney fees but denying the request for $24 in paralegal fees. (Doc. 42 at 5.) No party has objected, and the time to do so has expired. A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection. Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objection has been filed—the Court agrees with the R&R. Accordingly, it is **ORDERED:**

1. The R&R (Doc. 42) is **ADOPTED** and Mr. McCord's unopposed motion for fees under the EAJA (Doc. 41) is **GRANTED IN PART** and **DENIED IN PART**. The Court awards Mr. McCord **$8,292.50** under the EAJA. 28 U.S.C. § 2412(d). The motion is **DENIED** to the extent it seeks any greater or different relief.

2. If the United States Department of the Treasury determines that Mr. McCord does not owe a federal debt, the Government will accept his assignment of EAJA fees and pay fees directly to his counsel.

3. The Clerk is directed to enter a judgment as to attorney's fees in the amount of **$8,292.50** under the EAJA. 28 U.S.C. § 2412(d).

**ORDERED** in Fort Myers, Florida, on November 23, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE